

Phone:   (302) 425-6408
Fax:     (302) 425-6464
Email:   caponi@blankrome.com

March 15, 2006

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: CIT Communications v. Level 3 Communications
D. Del. C.A. No. 06-121

Dear Judge Robinson:

I am writing pursuant to Local District Court Civil Rule 81.2, to identify for the Court all pending matters in the above referenced litigation that require judicial action.

This matter was initially filed in Delaware Superior Court on January 23, 2006 (06C-01-236 JRS) and was subsequently removed to this Court on February 24, 2006. It is our understanding that plaintiff intends to file a Motion to Remand. As of the date of this letter, there are no issues pending that would require the Court's attention.

I am available at the Court's convenience should Your Honor have any question in this regard.

Respectfully submitted,

Steven L. Caponi
(DSBA No. 3484)

SLC:mes/slc

cc:   Howard A. Cohen, Esquire