# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIT COMMUNICATIONS FINANCE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEVEL 3 COMMUNICATIONS, LLC and LEVEL 3 COMMUNICATIONS, INC.,<br><br>  Defendants. | Civil Action No. 06-CV-00121-SLR |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff, CIT Communications Finance Corporation ("CIT"), hereby submits this motion to remand (the "Motion to Remand"), requesting that this Court remand the above-captioned lawsuit to the Delaware Superior Court. In support of its Motion to Remand, Plaintiff relies upon the reasons set forth in the attached Memorandum of Law, which is hereby incorporated in its entirety as if fully set forth herein.

Dated: March 23, 2006

                                                Respectfully submitted,

                                                /s/ Howard A. Cohen
                                                Andrew C. Kassner (De #4507)
                                                Howard A. Cohen (DE #4082)
                                                DRINKER BIDDLE & REATH LLP
                                                1100 N. Market Street, Suite 1000
                                                Wilmington, DE  19801-1254
                                                Telephone: (302) 467-4200
                                                Facsimile:  (302) 467-4201

                                                Attorneys for Plaintiff,
                                                CIT Communications Finance Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the date set forth below, he caused a true and correct copy of Plaintiff's Motion to Remand and accompanying brief to be served upon the following, in the manner indicated below:

| **VIA HAND DELIVERY** | **VIA US MAIL** |
|---|---|
| Steven Caponi, Esq. | John C. Longmire, Esq. |
| BLANK ROME LLP | WILLKIE FARR & |
| Chase Manhattan Centre |   GALLAGHER LLP |
| 1201 Market Street | 787 Seventh Avenue |
| Suite 800 | New York, N.Y. 10019-6099 |
| Wilmington, DE 19801 | |

Dated: March 23, 2006

/s/ Howard A. Cohen
Andrew C. Kassner (De #4507)
Howard A. Cohen (DE #4082)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Plaintiff,
CIT Communications Finance Corporation

WM\5480\1