IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| CIT COMMUNICATIONS FINANCE CORPORATION, | : <br> : C.A. No. 06-121-SLR <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| LEVEL 3 COMMUNICATIONS, LLC and LEVEL 3 COMMUNICATIONS, INC., | : <br> : |
| Defendants. | : |

**STIPULATION EXTENDING TIME TO FILE**
**RESPONSE TO THE MOTION TO REMAND**

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree that the time for Defendants Level 3 Communications, LLC and Level 3 Communications, Inc. to file a response to the Motion to Remand shall be enlarged through and including April 21, 2006.

_____
Howard A. Cohen (DE I.D. No. 4082)
**Drinker Biddle & Reath**
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
Attorneys for Plaintiff

Dated: April 7, 2006

_____ (#4088) for Steven L. Caponi
Steven L. Caponi (DE I.D. No. 3484)
**Blank Rome LLP**
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6408
Attorneys for Defendants

Dated: April 7, 2006

116715.00601/40161219v.1