

Phone:    (302) 425-6408
Fax:      (302) 425-6464
Email:    caponi@blankrome.com

May 30, 2006

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE  19801

Re:  **CIT Communications v. Level 3 Communications**
     **D. Del. C.A. No. 06-121**

Dear Judge Robinson:

As required by Paragraph 6 of the Court's April 12, 2006 Order, I write to provide an update regarding the status of the parties' settlement discussions.

On April 12, 2006, the Court entered an Order staying the above-referenced proceedings for 45 days to permit the parties to pursue settlement. Since that time, counsel and their clients have been actively engaged in settlement discussions, including the informal exchange of information relevant to the dispute. The parties believe that progress has been made and they are hopeful that an amicable resolution will be reached. To provide additional time for these talks to progress, the parties respectfully request that the current stay of the proceedings be extended until June 19, 2006. If a settlement is not reached by this date and the parties do not agree on a further extension, Level 3 will promptly file its response to Plaintiff's pending Motion to Remand.

Respectfully submitted,

Steven L. Caponi
(DSBA No. 3484)

SLC:mes

cc:  Howard A. Cohen, Esquire
     Kira Antell, Esquire