IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIT COMMUNICATIONS FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC and LEVEL 3 COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No. 06-CV-00121-SLR |

## NOTICE OF COMPLETION OF BRIEFING

Plaintiff, CIT Communications Finance Corporation ("CIT"), by and through its attorneys Drinker Biddle & Reath LLP, hereby submits this Notice of Completion of Briefing.

1. On March 23, 2006, CIT filed its (a) Motion to Remand (the "Motion") (D.I. 5) and (b) Memorandum in Support of the Motion (D.I. 6).

2. On June 19, 2006, Defendants filed their Answering Memorandum in Opposition to the Motion (D.I. 10).

3. On July 14, 2006, CIT filed its Reply Memorandum in Support of the Motion (D.I. 11).

- 2 -

WHEREFORE, undersigned counsel respectfully submits that CIT's Motion to Remand has been fully briefed and is ready for decision by the District Court.

Dated: July 14, 2006      **DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Andrew C. Kassner (DE # 4507)
Howard A. Cohen (DE # 4082)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Plaintiff,
CIT Communications Finance Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIT COMMUNICATIONS FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC and LEVEL 3 COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No. 06-CV-00121-SLR |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 14th day of July, 2006, I caused a true and correct copy of the *Notice of Completion of Briefing, and Reply Brief In Support Of Plaintiff's Motion To Remand* to be served in the manner indicated on the following parties:

<u>*Via United States Mail*</u>
*John C. Longmire, Esq.*
*Willkie Farr & Gallagher LLP*
*787 Seventh Avenue*
*New York, N.Y. 10019-6099*

<u>*Via Hand Delivery*</u>
*Steven L. Caponi, Esq.*
*Blank Rome LLP*
*1201 Market Street*
*Suite 800*
*Wilmington, DE 19801*

DRINKER BIDDLE & REATH LLP

/s/ Howard A. Cohen
Howard A. Cohen (DE # 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Plaintiff,
CIT Communications Finance Corporation