IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIT COMMUNICATIONS FINANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 06-121-SLR ) |
| LEVEL 3 COMMUNICATIONS LLC, and LEVEL 3 COMMUNICATIONS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington this 9th day of March, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that plaintiff CIT Communications Finance Corporation's motion to remand (D.I. 5) is granted.

_____
United States District Judge