# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

April 2, 2007

Delaware Superior Court
Daniel L. Herrman Courthouse
Attn: Maureen Frederick, Court Administrator
500 North King Street
Wilmington, DE 19801

Re: *Delaware District Court Civil Case 1:06-121-SLR; Superior Court, Delaware No. 06C-01-236(JRS)*

Dear Ms. Frederick:

In accordance with the Memorandum Opinion and Order issued by Chief Judge Sue L. Robinson on March 29, 2007 in the above referenced case, this case is remanded to the Delaware Superior Court, New Castle County, Delaware.

Please find enclosed a certified copy of the Memorandum Opinion and Order for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

Enclosures

cc:  The Honorable Sue L. Robinson
     H. Cohen, Esq.
     S. Caponi, Esq.